UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY, CO.,

    Plaintiff,

-vs-                                      Case No. 2:10-cv-188-FtM-36SPC

OYSTER BAY HOMES, INC., a Florida corporation; PEDRO DELGADO, citizen of Florida; MARGARITA DELGADO, citizen of Florida,

    Defendants.
_____

## ORDER

This matter comes before the Court on Joint Motion for Relief from Requirement to Confer in Person for Case Management Report (Doc. #12) filed on June 25, 2010. The Parties request that they be allowed to conduct the Rule 26 initial case management conference telephonically rather than in person because they are located in different cities. Pursuant to Local Rule 3.01(i), "[t]he use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." Thus, the Motion is due to be granted.

Accordingly, it is now **ORDERED:**

Joint Motion for Relief from Requirement to Confer in Person for Case Management Report (Doc. #12) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___30th___ day of June, 2010.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record