**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

MID-CONTINENT CASUALTY, CO.,

           Plaintiff,

-vs-                                      Case No.  2:10-cv-188-FtM-36SPC

OYSTER BAY HOMES, INC., a Florida
corporation; PEDRO DELGADO, citizen of
Florida; MARGARITA DELGADO, citizen of
Florida, et. al.

           Defendants.

_____

## **ORDER**

This matter comes before the Court on the Plaintiff's Motion for Entry of Clerk's Default Against Defendant Carol Brumbaugh (Doc. #31) filed on September 14, 2010.  Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff moves the Court for the entry of default against the Defendant, Carol Brumbaugh.

The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a).  On August 17, 2010, service was personally effectuated upon the Defendant.[1]  Pursuant to Fed. R. Civ. P. 12(a)(1)(A), a responsive pleading was due on or about September 7, 2010.  To date, there has been no responsive pleading from Defendant, Carol Brumbaugh with respect to the Complaint.  Therefore, the entry of default is appropriate at this time.

---

[1] Pursuant to the Return of Service, service was personally made at 232 SE 15th Terrace, Cape Coral, FL 33990.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Motion for Entry of Clerk's Default Against Defendant Carol Brumbaugh (Doc. #31) is **GRANTED**. The Clerk is directed to enter clerk's default against the Defendant, Carol Brumbaugh.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record