**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MID-CONTINENT CASUALTY, CO.,

        Plaintiff,

-vs-                        Case No.  2:10-cv-188-FtM-36SPC

OYSTER BAY HOMES, INC., a Florida
corporation; PEDRO DELGADO, citizen of
Florida; MARGARITA DELGADO, citizen of
Florida, et. al.

        Defendants.

_____

**ORDER**

This matter comes before the Court on the Plaintiff's Motion for Entry of Clerk's Default Against Defendant Russell Brumbaugh (Doc. #32) filed on September 14, 2010.  Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff moves the Court for the entry of default against the Defendant, Russell Brumbaugh.

The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise."  Fed. R. Civ. P. 55(a).  On August 17, 2010, service was personally effectuated upon the Defendant.[1]  Pursuant to Fed. R. Civ. P. 12(a)(1)(A), a responsive pleading was due on or about September 7, 2010.  To date, there has been no responsive pleading with respect to the Complaint from Defendant, Russell Brumbaugh.  Therefore, the entry of default is appropriate at this time.

---

[1]Pursuant to the Return of Service, service was personally made at 232 SE 15th Terrace, Cape Coral, FL 33990.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Motion for Entry of Clerk's Default Against Defendant Russell Brumbaugh

(Doc. #32) is **GRANTED**.  The Clerk is directed to enter default against the Defendant, Russell

Brumbaugh.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of September, 2010.


SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE



Copies: All Parties of Record