**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MID-CONTINENT CASUALTY, CO.,

                Plaintiff,

-vs-                                              Case No. 2:10-cv-188-FtM-36SPC

OYSTER BAY HOMES, INC., a Florida corporation; PEDRO DELGADO, citizen of Florida; MARGARITA DELGADO, citizen of Florida, et al.

                Defendants.
_____

MID-CONTINENT CASUALTY, CO.,

                Plaintiff,

-vs-                                              Case No. 2:10-cv-309-FtM-36SPC

HANSEN HOMES OF SOUTH FLORIDA, a Florida corporation, JOHN NOWICKI, citizens of Florida, DAVID BORGARDT and KATHERINE BORGARDT, citizens of Florida et. al.,

                Defendants.
_____

MID-CONTINENT CASUALTY, CO.,

                Plaintiff,

-vs-                                              Case No. 2:10-cv-396-FtM-36DNF

PORTOFINO HOMES, a dissolved Florida corporation, KYLE HIMMELBERGER and MARNIE HIMMELBERGER, citizens of Florida, ARTURO LOYNAZ, a citizen of Florida, LUIS MITJANS, a citizen of Florida, and RIGOBERTO RIVAS and MARIA RIVAS, citizens of Florida,

|  |  |
|---|---|
| Defendants. | |
| MID-CONTINENT CASUALTY, CO., | |
| Plaintiff, | |
| -vs- | Case No.  2:10-cv-536-FtM-36DNF |
| HEIGHTS PROPERTIES, LLC, a Florida Limited Liability company, ANTHONY SPOTO and SHARON SPOTO, citizens of Florida, and MICHAEL SHEEHAN, citizens of Florida, | |
| Defendants. | |
| MID-CONTINENT CASUALTY, CO., | |
| Plaintiff, | |
| -vs- | Case No.  2:10-cv-538-FtM-36DNF |
| GRAND HARBOUR HOMES, INC., a Florida corporation, and DENNIS LANG and KAREN LANG, citizens of Florida, | |
| Defendants. | |

## **ORDER**

This matter comes before the Court on Plaintiff's Joint Motion Requesting Status Conference (Doc. 50), filed on December 15, 2010, in each of the above-listed cases. The parties seek a status conference to discuss consolidation of certain actions for purposes of discovery, to discuss pertinent issues and possibly for the entry of a new scheduling order. The Court will grant the motion and refer the matter to the Magistrate Judge assigned to most of the cases.

Accordingly, it is now

**ORDERED:**

Plaintiff's Joint Motion Requesting Status Conference (Doc. 50) is **GRANTED** and all cases are **referred** to the Honorable Douglas N. Frazier for purposes of holding a status conference and the entry of any related orders as appropriate.

**DONE AND ORDERED** at Fort Myers, Florida, this 15th day of December, 2010.

Charlene Edwards Honeywell
United States District Judge

Copies:
Hon. Douglas N. Frazier
Hon. Sheri Polster Chappell
All Parties of Record
BJ Herren
DCCD