# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

    Plaintiff,

v.                                                                                     Case No: 2:10-cv-00188-FtM-36SPC

OYSTER BAY HOMES, INC., a Florida
corporation, PEDRO DELGADO and
MARGARITA DELGADO, citizens of Florida,
KEVIN JACOBSON and RHONDA
JACOBSON, citizens of Florida, RAYMOND
OLER and DANETTE OLER, citizens of
Florida, PETER WILLINGHAM, and MARTY
WILLINGHAM, citizens of Florida, MARLON
DESTACAMENTO and ALADIN
DESTACAMENTO, citizens of Florida,
RUSSELL BRUMBAUGH and CAROL
BRUMBAUGH, citizens of Florida, and
CHYRILLE McINTOSH, a citizen of Florida,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell, filed on April 21, 2011 (Dkt. 74). In the Report and Recommendation, Judge Chappell recommends that Defendant Oyster Bay Homes, Inc.'s Motion for Attorneys' Fees and Costs as a result of Plaintiff's Confession of Judgment (Dkt. 53) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate's

Report were filed by Defendant Oyster Bay Homes, Inc. on May 5, 2011 (Dkt. 77). On June 2, 2011, Plaintiff filed a Response in Opposition to Defendant's Objections (Dkt. 82).

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections to the Report and Recommendation, and the Response in Opposition to Defendant's Objections, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2) The Defendant Oyster Bay Homes, Inc.'s Motion for Attorneys' Fees and Costs (Dkt. 53) is **DENIED**.

**DONE AND ORDERED** in Ft. Myers, Florida, on July 18, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Sherri Polster Chappell
Counsel of Record